UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     - v. -

LUIS CASTRO, a/k/a "Dee,"
JULIO NAZARIO-LLANES, a/k/a "Manuel,"
    and
PAUL BRITTON, a/k/a "Pete,"

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - X

**SEALED**
**INDICTMENT**

17 Cr. CRIM 260

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 0 2 2017

COUNT ONE

The Grand Jury charges:

1.  From at least in or about March 2017, up to and including in or about May 2017, in the Southern District of New York and elsewhere, LUIS CASTRO, a/k/a "Dee," JULIO NAZARIO-LLANES, a/k/a "Manuel," and PAUL BRITTON, a/k/a "Pete," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that LUIS CASTRO, a/k/a "Dee," JULIO NAZARIO-LLANES, a/k/a "Manuel," and PAUL BRITTON, a/k/a "Pete," the defendants, and others known and unknown, would and did distribute and possess

with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3.    The controlled substance that LUIS CASTRO, a/k/a "Dee," JULIO NAZARIO-LLANES, a/k/a "Manuel," and PAUL BRITTON, a/k/a "Pete," the defendants, and others known and unknown, conspired to distribute and possess with intent to distribute was one kilogram or more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance offense charged in Count One of this Indictment, LUIS CASTRO, a/k/a "Dee," JULIO NAZARIO-LLANES, a/k/a "Manuel," and PAUL BRITTON, a/k/a "Pete," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

2

Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of LUIS CASTRO, a/k/a "Dee," JULIO NAZARIO-LLANES, a/k/a "Manuel," and PAUL BRITTON, a/k/a "Pete," the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

JOON H. KIM
Acting United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LUIS CASTRO, a/k/a "Dee,"
JULIO NAZARIO-LLANES, a/k/a "Manuel,"
and PAUL BRITTON, a/k/a "Pete,"

Defendants.

INDICTMENT

17 Cr.

(21 U.S.C. § 846.)

JOON H. KIM
Acting United States Attorney.

A TRUE BILL

Foreperson.

5/1/17  Filed a Sealed Indictment
Filed Arrest warrants for
Judge Netburn