**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 15, 2023

Honorable Chief Judge Laura T. Swain
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSEMENT

Re: *United States v. Luis Castro*, 17 Cr. 260 (LTS)

Dear Judge Swain:

Mr. Castro submitted a *pro se* Motion for a Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), that was entered on the docket on February 14, 2024.  ECF No. 108.   If Mr. Castro consents, and with the Court's permission, I intend to represent Mr. Castro on his Motion and to file a supplement thereto.

Therefore, I respectfully request a filing deadline of 60 days which will afford the necessary time to contact Mr. Castro and make the appropriate submission.

Respectfully submitted,

/s/  *Amy Gallicchio*
Amy Gallicchio
Assistant Federal Defender
O:  (212) 417-8728
C:  (917) 612-3274

cc:     AUSA Catherine Ghosh

The Court has reviewed the foregoing application for reappointment as CJA counsel for defendant Luis Castro, in connection with Mr. Castro's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), and the request to file supplemental briefing thereto.  The application and request are granted for the reasons proffered in this letter.
Supplemental briefing for the defendant shall be due on April 15, 2024.  The Government shall file a statement of its position on the motion no later than April 29, 2024.  Defendant's response, if any, shall be due May 6, 2024.
SO ORDERED.
February 15, 2024
/s/ Laura Taylor Swain, Chief USDJ